# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

117 Church Road LLC

                                Plaintiff,

v.                                                              Case No.: 1:24−cv−03226

                                                                       Honorable Sara L. Ellis

Shayna Melvani, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 15, 2024:

      MINUTE entry before the Honorable Sara L. Ellis: The Court denies without prejudice Defendants' motion to disqualify Martin Murphy [9]. The Court strikes the status date set for 7/16/2024 and resets it to 11/5/2024 at 9:30 AM. The Court sets the following discovery schedule: Rule 26(a)(1) disclosures are due by 7/11/2024; written discovery to issue by 7/18/2024; and fact discovery closes on 10/31/2024. The parties should file a joint status report by 10/29/2024 indicating the status of fact discovery, the status of settlement discussions and whether the parties request a referral to the magistrate judge for settlement purposes, whether the parties require expert discovery prior to dispositive motion practice, and proposed schedules for expert discovery and summary judgment briefing, where applicable. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.