# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| 117 CHURCH ROAD LLC, A WISCONSIN LIMITED LIABILITY COMPANY, | ) ) ) ) | |
| Plaintiff/Counter-Defendant, | ) ) | No.   24 CV 3226 |
| v. | ) ) | |
| SHAYNA MELVANI and VINESH MELVANI, | ) ) ) | Judge Georgia N. Alexakis |
| Defendants/Counter-Plaintiffs. | ) | |

### AGREED ORDER FOR LEAVE TO DEPOSIT FUNDS

Intervenor Village Realty & Investment Company ("Village Realty") has filed an agreed motion for leave to deposit funds pursuant to Rule 67 of the Federal Rules of Civil Procedure [25]. It is therefore ordered that:

Village Realty is authorized to deposit into the Registry of the Court the amount of <u>Twenty Thousand & 00/100</u> dollars ($20,000) which sum represents monies in dispute in this case. The Clerk is hereby Ordered to invest the funds in Government Account Series Securities held with the U.S. Treasury, at the prevailing rate of interest of such securities. The initial investment is subject to the collateral provisions of Treasury Circular 176. The Clerk shall deduct the administrative registry fee, set by the Director of the Administrative Office of the U. S. Courts at 10 percent of the interest earned or as indicated based on the amount and time of deposit into the court, without further order of the court. Said fee is authorized by the Judicial Conference of the United States.

Date:  9/5/24

_____

Georgia N. Alexakis

United States District Court Judge