## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

117 Church Road LLC
                        Plaintiff,

v.                                                       Case No.: 1:24−cv−03226
                                                        Honorable Georgia N Alexakis

Shayna Melvani, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 3, 2025:

      MINUTE entry before the Honorable Georgia N Alexakis:Status hearing held on 3/3/25. The parties have expressed strong interest in settlement [53], and so the matter is referred to Magistrate Judge Appenteng for a settlement conference. The parties are given until 5/5/25, to resolve this matter via settlement. The Court sets a status hearing for 9:30 a.m. at 5/8/25. If the matter has not settled by then, the Court will use that status hearing to set a briefing schedule on defendants' anticipated motion to disqualify counsel pursuant to Rule 3.7 and to schedule a bench trial. Plaintiff's motion for summary judgment [48] is denied without prejudice to renewal. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.