## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

117 Church Road LLC
                                               Plaintiff,

v.                                                                                       Case No.: 1:24−cv−03226
                                                                                         Honorable Georgia N Alexakis

Shayna Melvani, et al.
                                               Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 21, 2025:

       MINUTE entry before the Honorable Jeannice W. Appenteng: The Court notes the District Judge's 5/5/2025 deadline in [55]. Accordingly, and given plaintiff's 3/19/2025 settlement demand letter sent to the Court and defendants that conforms with the Court's Standing Order, the schedule in [58] is stricken and defendants' conforming letter is due 4/1/2025. Defendants shall email a copy of their letter to the Court at Settlement_Correspondence_Appenteng@ilnd.usco urts.gov on the same day that it is provided to the opposing party. After considering the parties' settlement positions, Chambers staff will contact the parties with available dates for a full settlement conference or a preliminary attorneys−only conference. The 4/14/2025 tracking status hearing is stricken and reset to 4/2/2025 at 8:30 a.m. for tracking purposes only (no appearance is required; the case will not be called). Mailed notice(kl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.