## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

117 Church Road LLC
          Plaintiff,

v.                Case No.: 1:24−cv−03226
                 Honorable Georgia N Alexakis

Shayna Melvani, et al.
         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 15, 2025:

  MINUTE entry before the Honorable Georgia N Alexakis:The Court grants the parties' agreed motion to extend the deadline for participating in a settlement conference with Magistrate Judge Appenteng until 5/9/25 [63]. No appearance is required on 4/21/25. The Court re−sets the 5/8/25 status hearing to 5/15/25 at 9:30 a.m. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.