# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| 117 Church Road LLC, a Wisconsin limited liability company, | ) ) ) | |
| Plaintiff/Counter-Defendant, | ) ) | NO.   24 CV 3226 |
| v. | ) | |
| SHAYNA MELVANI and VINESH MELVANI, | ) ) ) | Judge: Hon. Georgia N. Alexakis |
| Defendants/Counter-Plaintiffs. | ) | |

## AMENDED AGREED ORDER TO DISBURSE FUNDS

On September 5, 2024, the Court granted an Agreed Order to Deposit Funds [Doc. 28]. On September 25, 2024, $20,000 was deposited with the Clerk, Receipt No. 100011261. The Court being advised that the parties are in agreement as to the disposition of the funds. It is hereby Ordered that:

The Clerk shall disburse all remaining funds, plus accrued interest, after deducting the administrative registry fee, to 117 Church Road LLC c/o Martin J. Murphy, attorney at law, 630 S. Lakeshore Drive, Fontana, WI 53125.

Entered: 6/2/25

Honorable Georgia N. Alexakis

United States District Judge